# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

MICHAEL FOLEY,

        Plaintiff,

vs.

KURT GRAHAM, *et al.*,

        Defendants.

2:16-cv-01871-JAD-VCF

**ORDER**

Before the Court is Plaintiff's Motion to Extend Time to File Amended Complaint (ECF NO. 15).

Plaintiff has filed an objection to the report and recommendation to dismiss the First Amended Complaint. (ECF No. 14). Plaintiff requests that the time to file the Second Amended Complaint be determined after the decision on his objection to the R&R.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Time to File Amended Complaint (ECF NO. 15) is GRANTED. If the report and recommendation is affirmed, the Second Amended Complaint is due 30 days from the entry of the Order on the R&R.

DATED this 16th day of April, 2018.

                                                    CAM FERENBACH
                                                    UNITED STATES MAGISTRATE JUDGE