# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| MICHAEL FOLEY,<br><br>            Plaintiff,<br><br>vs.<br><br>KURT GRAHAM, *et al.*,<br><br>            Defendant. | 2:16-cv-01871-JAD-VCF<br><br>**ORDER** |

Before the court is *pro se* Plaintiff Michael Foley's Motion for CM/ECF Access (ECF No. 41). Mr. Foley has provided certification that he has completed the online CM/ECF tutorial.

Accordingly,

IT IS ORDERED that *pro se* Plaintiff Michael Foley's Motion for CM/ECF Access (ECF No. 41) is GRANTED.

Plaintiff may contact the Clerk's office (702-464-5400) to set-up his CM/ECF account.

DATED this 19th day of August, 2019.

                                                      CAM FERENBACH
                                                      UNITED STATES MAGISTRATE JUDGE