# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

MICHAEL FOLEY,

    Plaintiff,

vs.

KENNETH GRAHAM, *et al.*,

    Defendants.

2:16-cv-01871-JAD-VCF

**ORDER**

Before the court is *Michael Foley v. Kenneth Graham, et al.*, case number 2:16-cv-01871-JAD-VCF. This case has been referred to the undersigned to issue a discovery plan and scheduling order. (ECF NO. 45).

Accordingly,

IT IS HEREBY ORDERED that a discovery hearing is scheduled for 2:00 PM, February 28, 2020, in Courtroom 3D.

DATED this 12th day of February, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE