**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Michael Foley, | Case No.: 2:16-cv-01871-JAD-VCF |
| Plaintiff | Ninth Circuit Case No.: 21-15024 |
| v. | |
| Kurt Graham, et al., | **Order re: *In Forma Pauperis* Status on Appeal** |
| Defendants | [ECF No. 75] |

The United States Court of Appeals for the Ninth Circuit referred this matter back to this court for the limited purpose of determining whether *in forma pauperis* status should continue for this appeal.[1]  The decision to continue such status turns on whether any claim is frivolous, for "[i]f at least one issue or claim is found to be non-frivolous, leave to proceed in forma pauperis on appeal must be granted for the case as a whole."[2]

In this civil-rights case, plaintiff Michael Foley sued Clark County, Nevada, and several of its employees in their individual and official capacities, a family-court hearing master, his ex-wife, and the Las Vegas Metropolitan Police department, for his arrest in 2014 for unpaid child support.  After several rounds of screening and dismissal, Foley was given another chance to state a viable claim for relief against the remaining defendant in his official capacities only.[3]  I found that Foley filed an amended complaint that not only failed to allege a plausible excessive-force claim, but violated the express t4erms of this court's previous order.[4]  So I granted the

---

[1] ECF No. 75.

[2] *Hooker v. Am. Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002).

[3] ECF No. 63.

[4] ECF No. 71 at 1–2.

remaining defendant's motion to dismiss and dismissed the case with prejudice.[5]  Because the appeal from that decision is frivolous and not taken in good faith, **IT IS HEREBY ORDERED THAT the district court finds that *in forma pauperis* status should not continue on appeal.**

The Clerk of Court is directed to **SEND a copy of this order to the Clerk of the United States Court of Appeals for Case No. 21-15024.**

_____
U.S. District Judge Jennifer A. Dorsey
February 1, 2021

---

[5] *Id.* at 3.